E-FILED
Tuesday, 30 June, 2026 07:32:48 PM
Clerk, U.S. District Court, ILCD

# Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

☐ FEPA

☒ EEOC 440-2026-06764

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs., Mx.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Daniel Lawrence | [redacted] | [redacted] |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

Street Address / City, State and ZIP Code / Email Address

**c/o Nathan C. Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (employment@sulaimanlaw.com)**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Arends Hogan Walker LLC d/b/a AHW | 15+ | (217) 480-9094 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 2901 Research Rd | Champaign, IL, 61822-1080 | jclark@ahwllc.com |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☑ RETALIATION ☐ AGE ☑ DISABILIT ☐ GENETIC INFORMATION

☑ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 03/2026 | 04/16/2026 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I, Daniel Lawrence (disabled), was employed by Arends Hogan Walker LLC d/b/a AHW as a Turf and Lawn Service Tech from in or around November 2024, until on or about April 16, 2026, when I was unlawfully terminated on the basis of my disability and request for related leave. I have a physical and/or mental impairment that substantially limits major life activities. Regardless of my disability, I was qualified to perform the essential functions of my job, with or without reasonable accommodation.

The following is a non-exhaustive list of the disability discrimination, harassment, and retaliation I was subjected to:

I have PTSD, depression, and anxiety. These conditions affect my concentration, sleep, and ability to manage stress, and at times cause episodes where my symptoms increase and require me to take intermittent time away from work so that I can stabilize my condition and continue performing my job. I disclosed these conditions to my employer at the time of hire and throughout my employment. Human Resources, including Cecilia Miller, Jamie Smith, and Josh Clark, as well as my supervisors, including James Dickinson, were aware of my conditions.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

04 / 24 / 2026 [signature]

*Date* *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: Agency(ies) Charge No(s):<br>☐ FEPA<br>☒ EEOC 440-2026-06764 |
|---|---|

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Between in or around January 2026 and March 2026, I learned that my supervisor, James Dickinson, was discussing my attendance and personal matters, including information related to my medical condition, with other employees on the work floor. A coworker, Dakota Stukens, who works at my location, contacted me directly and informed me that my supervisor was speaking with him and another employee, Kevin Augustine, about my time away from work and related issues. This information was personal and tied to my medical condition, and it made me uncomfortable that it was being shared with others. I reported this to Human Resources, and while HR acknowledged my complaint and stated it would be investigated, I did not receive any follow-up, and the conduct continued.

By in or around mid-March 2026, I experienced a significant flare-up of my mental health conditions. During this time, I used portions of my available vacation time to manage my symptoms while continuing to maintain my employment. As my available time was becoming limited and I anticipated needing intermittent time off to stabilize my condition, I proactively notified Human Resources that I needed to invoke my rights under the Family and Medical Leave Act and requested the required paperwork to protect my job.

HR provided me with the FMLA paperwork, and I promptly submitted it to my doctor's office between approximately March 23, 2026 and March 25, 2026. On or about March 24, 2026, my employer formally initiated the FMLA process, confirmed that I was eligible for FMLA leave due to my own serious health condition, and required that certification be returned by April 13, 2026.

Before the deadline, I followed up with my doctor's office and was informed that they had lost my paperwork. I immediately took steps to have the paperwork resubmitted and communicated to my employer that the delay was due to the doctor's office and outside of my control but that I was working to resolve the issue.

On or about April 16, 2026, just three days after the certification deadline, I was terminated. The termination was carried out by an area manager named Laine Frazee, who had only been at my location for approximately two and a half weeks and had little familiarity with me or my work. During the termination meeting, I explained that my FMLA paperwork was still pending because the doctor's office had lost it and that I was actively working to resubmit it. I was told that it "did not matter," and I was terminated for "performance."

There was no progressive discipline leading up to my termination. I was not given a verbal warning, written warning, or suspension as outlined in company policy. Instead, I was told that a general annual review given to all employees would be treated as discipline.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br>04 / 24 / 2026 [signature]<br>*Date* *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Doc ID: b0beeacc8f35a36ed3b3ed6a528381aaf425d23a

Received 4/29/2026 CDO

| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: ☐ FEPA ☒ EEOC | Agency(ies) Charge No(s): 440-2026-06764 |
|---|---|---|

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

At the time I was terminated, I had already initiated the FMLA process, had been confirmed eligible for leave, and was actively attempting to complete the certification requirements. My employer was aware that the delay was caused by my doctor's office and was outside of my control. Despite this, I was terminated immediately after the deadline and after informing the decision-maker of the situation.

As a result of my termination, I lost my position, was removed from the two-year Veteran Agricultural Technician training program, and had my tools and toolbox, provided through that program, taken from me.

I was terminated because of my disability and in retaliation for requesting leave under the Family and Medical Leave Act. Furthermore, my employer interfered with my FMLA rights by terminating me while my certification was pending and after being informed that the delay was caused by my doctor's office. Being told that my FMLA situation "did not matter" reflects a disregard for my protected rights.

My employer effectively denied my request for reasonable accommodation, failed to engage with me in an interactive process to determine the appropriate accommodation as required by the ADA, and ultimately terminated my employment on the basis of my disability and request for related leave.

Thus, I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended and (775ILCS 5/) Illinois Human Rights Act.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>04 / 24 / 2026     [signature]<br>*Date*     *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Final EEOC Charge for Signature- Daniel Lawrence |
| **File name** | Final_EEOC_Charge_-_Daniel_Lawrence.pdf |
| **Document ID** | b0beeacc8f35a36ed3b3ed6a528381aaf425d23a |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **04 / 24 / 2026**<br>17:09:49 UTC | Sent for signature to Daniel Lawrence<br>[redacted]<br>IP: [redacted] |
| VIEWED | **04 / 24 / 2026**<br>22:50:02 UTC | Viewed by Daniel Lawrence [redacted])<br>IP: [redacted] |
| SIGNED | **04 / 24 / 2026**<br>22:52:44 UTC | Signed by Daniel Lawrence [redacted]<br>P: [redacted] |
| COMPLETED | **04 / 24 / 2026**<br>22:52:44 UTC | The document has been completed. |